CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 09 2014

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILMER JEROME KNIGHT,<br>    Plaintiff, | Civil Action No. 7:14-cv-00629 |
| v. | **DISMISSAL ORDER** |
| OFFICER SHEPPHERD,<br>    Defendant(s). | By:   Glen E. Conrad<br>Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court. All pending motions are **DENIED** as moot.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 9th day of December, 2014.

                                                 /s/ Glen Conrad
                                               Chief United States District Judge